IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COLLEGIANS FOR A
CONSTRUCTIVE TOMORROW-
MADISON and WILLIAM MERRICK,

               ORDER

Plaintiffs,

09-cv-514-bbc

v.

THE REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, CHARLES
PRUITT, JEFFREY BARTELL,
MARK J. BRADLEY, EILEEN CONNOLLY-
KESSLER, JUDITH V. CRAIN,
DANAE DAVIS, STAN DAVIS, JOHN
DREW, TONY EVERS, MICHAEL J. FALBO,
THOMAS LOFTUS, BRENT SMITH,
MICHAEL J. SPECTOR, JOSE F. VASQUEZ,
DAVID G. WALSH, BETTY WOMACK
KEVIN P. REILLY, CAROLYN BIDDY-
MARTIN, ASSOCIATED STUDENTS OF
MADISON, CARL FERGUS, JOSEPH
FRENCH, KURT GOSSELIN, KYLE
SZARZYNSKI, BRANDON WILLIAMS,
MICHAEL ROMENESKO
MATTHEW MANES, ASHLEIGH
MICHAEL, TIM FUNG, KHAMSENG
YANG, EUGENE DREYSTER, APRIL
KIGEYA, JAKE BUROW and STUDENT
SERVICES FINANCE COMMITTEE
MEMBERS 1-5,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

1

Entered this 21st day of August, 2009.

                        BY THE COURT:
                        /s/
                        BARBARA B. CRABB
                        District Judge