IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COLLEGIANS FOR A CONSTRUCTIVE TOMORROW -
MADISON, an unincorporated expressive student organization
at the University of Wisconsin-Madison,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF WISCONSIN
SYSTEM CHARLES PRUITT, JEFFREY BARTELL,
MARK J. BRADLEY, EILEEN CONNOLLY-KEESLER,
JUDITH V. CRAIN, DANAE DAVIS, STAN DAVIS,
JOHN DREW, TONY EVERS, MICHAEL J. FALBO,
THOMAS LOFTUS, BRENT SMITH, MICHAEL J. SPECTOR,
JOSE F. VASQUEZ, DAVID G. WALSH, and BETTY WOMACK,
each in their individual and official capacities; KEVIN P. REILLY,
individually and in his official capacity as President of the
Unviersity of Wisconsin System; CAROLYN "BIDDY" MARTIN,
individually and in her official capacity as Chancellor of the
University of Wisconsin-Madison; ASSOCIATED STUDENTS OF
MADISON, the student government at the Unviersity of
Wisconsin-Madison; CARL FERGUS, JOSEPH FRENCH,
KURT GOSSELIN, KYLE SZARZYNSKI, BRANDON WILLIAMS,
MICHAEL ROMENESKO, MATTHEW MANES,
ASHLEIGH MICHAEL, TIM FUNG, KHAMSENG YANG,
EUGENE DREYSTER, APRIL KIGEYA, JAKE BUROW, and
STUDENT SERVICES FINANCE COMMITTEE MEMBERS 1-5,
each in their official capacities as members of the Associated
Students of Madison Student Services Finance Committee at the
Unviersity of Wisconsin-Madison,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-514-lsa

---

    This action came for consideration before the court with District Judge L:ynn S. Adelman presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that plaintiff's motion for preliminary injunction is denied.

_____       3/24/10
Peter Oppeneer, Clerk of Court              Date