# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

COLLEGIANS FOR A CONSTRUCTIVE
TOMORROW - MADISON, et al.,
        **Plaintiffs,**

    v.                                   Case No.  09C514

THE REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.,
        **Defendants.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding     Date: _1/6/11_
Time Commenced: _1:30 pm_     Concluded: _1:45 pm_
Deputy Clerk: _MJA_     Court Reporter: _—_

APPEARANCES:

Plaintiff:    _David Hacker_    916/ 932-2850
           _Jordan Lorence_    202/ 393-8690

Defendant:   _Bruce Olson_    608/266-2580

Nature of Conference: _motion_     ☒ Telephonic

Notes:   _Matthew Saks_ 303/573-5885 X 352
rep. non-party WisPirg

_ CFACT's motion to compel granted-in-part and
denied-in-part. WisPirg shall comply w/document
requests 2,3 + 4, but not 1 + 5._