UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Collegians for a Constructive Tomorrow          Plaintiff,

v.                                         Case No. 9CV514

The Regents of UW System          Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding       Date: 3/4/11
Time Commenced: 3:30 pm             Concluded: 3:35pm
Deputy Clerk: MSA                   Court Reporter: —

APPEARANCES:

Plaintiff:   David Hacker       916/932-2850
             Jordan Lorence     202/393-8690

Defendant:   Bruce Olson        608/266-2580
             Lori Lubinsky      608/257-5661

Nature of Conference: Status            [X] Telephonic

Notes:

— Court advises parties that it intends to deny second motion for preliminary injunction (#79) w/o prejudice, with the understanding that propriety of preliminary relief will be considered in connection with parties' motions for summary judgment. Parties do not object to this manner of proceeding. Therefore, motion for preliminary injunction <u>denied w/o prejudice</u>. (Defs' related motion to file oversize brief (#91) is <u>granted</u>.)

— Parties' motion to extend discovery + dispositive motion deadlines <u>granted</u>. (#116)