IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COLLEGIANS FOR A CONSTRUCTIVE TOMORROW - MADISON,
an unincorporated expressive student organization at the Unviersity of
Wisconsin-Madison,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM, CHARLES PRUITT, individually and in his official capacity, JEFFREY BARTELL, individually and in his official capacity, MARK J. BRADLEY, individually and in his official capacity, EILEEN CONNOLLY-KEESLER, individually and in her official capacity, JUDITH V. CRAIN, individually and in her official capacity, DANAE DAVIS, individually and in her official capacity, STAN DAVIS, individually and in his official capacity, JOHN DREW, individually and in his official capacity, TONY EVERS, individually and in his official capacity, MICHAEL J. FALBO, individually and in his official capacity, THOMAS LOFTUS, individually and in his official capacity, BRENT SMITH, individually and in his official capacity, MICHAEL J. SPECTOR, individually and in his official capacity, JOSE F. VASQUEZ, individually and in his official capacity, DAVID G. WALSH, individually and in his official capacity, BETTY WOMACK, individually and in her official capacity, KEVIN P. REILLY, individually and in his official capacity as President of the University of Wisconsin System, CAROLYN BIDDY MARTIN, individually and in her official capacity as Chancellor of the University of Wisconsin-Madison, ASSOCIATED STUDENTS OF MADISON, the student government at the University of Wisconsin-Madison, CARL FERGUS, JOSEPH FRENCH, KURT GOSSELIN, KYLE SZARZYNSKI, BRANDON WILLIAMS, MICHAEL ROMENESKO, MATTHEW MANES, ASHLEIGH MICHAEL, TIM FUNG, KHAMSENG YANG, EUGENE DREYSTER, APRIL KIGEYA, JAKE BUROW, STUDENT SERVICES FINANCE COMMITTEE MEMBERS 1-5, and KAITLYN ZIBELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-514-lsa

    This action came for consideration before the court with District Judge Lynn S. Adelman presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment.

_____
Peter Oppeneer, Clerk of Court

10/31/11
Date