UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**COLLEGIANS FOR A CONSTRUCTIVE TOMORROW – MADISON,**
        **Plaintiff,**

v.                       Case No. 09-C-0514

**THE REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM, et al.,**
        **Defendants.**

---

### ORDER

On October 31, 2011, the Clerk of Court entered a final judgment in this action in accordance with my decision and order granting the defendants' motion for summary judgment. On November 22, 2011, the plaintiff filed a motion to alter or amend that judgment, which is essentially a motion asking that I reconsider my summary-judgment decision. The Western District of Wisconsin does not have a local rule that sets a deadline for the defendants to respond to this motion or a deadline for the plaintiff to file a reply. Rather than setting those deadlines in this order, I will take the plaintiff's motion under advisement. If after reviewing the motion I find that further submissions from the parties are required, I will issue an order setting the relevant deadlines.

**SO ORDERED** at Milwaukee, Wisconsin this 23rd day of November 2011.

                                               s/_____
                                               LYNN ADELMAN
                                               District Judge